**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                  August 26, 2014
Courtroom Deputy:      J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 14-cv-01298-RPM

DARREN O'CONNOR,                                          Darold W. Killmer
                                                          Danielle C. Jefferis
        Plaintiff,

v.

ANGELA WILLIAMS,                                          Edward T. Ramey

        Defendant.
_____

**COURTROOM MINUTES**
_____

**Scheduling Conference**

**11:25 a.m.        Court in session.**

Mr. Ramey states defendant intends to run for reelection.

Discussion regarding the underlying proceeding with respect to the protective order.
Counsel state they have the transcripts of those proceedings.

Court states amendments to pleadings is governed by Rule 15.
Court states it is treating defendant's pending motion [8] as a motion for summary judgment.
Court states its view with respect to color of law issue.

Discussion regarding qualified immunity.
Discussion regarding discovery.
Mr. Killmer states plaintiff anticipates filing a Rule 56(d) motion.

**ORDERED:    Motion for Stay of Discovery and Disclosures and Adoption of Scheduling Order
              Pending Resolution of Defendant's Motion for Judgment on the Pleadings, Or, in
              the Alternative, Motion for Summary Judgment [11], is granted.**

              **Plaintiff has to September 5, 2014 to file a supplemental [12] response re [8].
              Defendant has to September 15, 2014 to file an additional reply.
              No scheduling order entered.**

**11:45 a.m.       Court in recess.**   Hearing concluded.  Total time: 20 min.