**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                October 28, 2014
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 14-cv-01298-RPM

DARREN O'CONNOR,                                    Darold W. Killmer
                                                    Danielle C. Jefferis
      Plaintiff,

v.

ANGELA WILLIAMS,                                    Edward T. Ramey

      Defendant.

_____

**COURTROOM MINUTES**
_____

**Hearing on Motion for Judgment on Pleadings**

**10:30 a.m.**     **Court in session.**

Plaintiff present.

Court's preliminary remarks.

Argument by Mr. Ramey.
Argument by Mr. Killmer.
Rebuttal argument by Mr. Ramey.

**ORDERED:**   **Motion for Judgment on the Pleadings, or, in the Alternative, Motion for Summary Judgment [8], is taken under advisement.**

**11:15 a.m.**     **Court in recess.**

Hearing concluded.  Total time: 45 min.