IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01298-RPM

DARREN O'CONNOR,

    Plaintiff,

v.

ANGELA WILLIAMS,

    Defendant.

_____

## FINAL JUDGMENT
_____

Pursuant to the Memorandum Opinion and Order, signed by Senior District Judge Richard P. Match on November 17, 2014 [20], it is

ORDERED that Defendant Angela Williams' Motion for Summary Judgment [8] is granted and defendant Angela Williams shall have her costs by the filing of a Bill of Costs within fourteen days of entry of judgment.  It is

FURTHER ORDERED that this civil action is dismissed.

DATED:  November 17th, 2014

                                      FOR THE COURT:
                                      Jeffrey P. Colwell, Clerk

                                      s/J. Chris Smith
                                By _____
                                      Deputy Clerk